# IN THE UNITED STATES DISTRICT COURT
## For The
# EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| CHANDRA EVETTE THORNTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. _____ |
| ) | |
| RENAISSANCE HOTEL ) | |
| OPERATING COMPANY, ) | |
| ) | |
| and ) | |
| ) | |
| RENAISSANCE ARLINGTON CAPITAL ) | |
| VIEW HOTEL, ) | |
| ) | |
| and ) | |
| ) | |
| MARRIOTT INTERNATIONAL, INC., ) | |
| ) | |
| and ) | |
| ) | |
| SODXEO, INC., ) | |
| ) | |
| and ) | |
| ) | |
| DORMAKABA USA, INC., ) | |
| ) | |
| and ) | |
| ) | |
| DORMAKABA USA ) | |
| INC. – BALTIMORE , ) | |
| ) | |
| Defendants. ) | |

## **NOTICE OF REMOVAL**

COME NOW the Defendants Renaissance Hotel Operating Company, Renaissance Arlington Capital View Hotel, Marriott International, Inc., and Sodexo, Inc. (hereinafter and

collectively, "Defendants"), all by counsel, and hereby give Notice Of Removal of this action from the Circuit Court for Arlington County, Virginia, where this civil action is now pending, to this Honorable Court. This Notice Of Removal is filed pursuant to 28 United Stated Code, Sections 1332, 1441, and 1446, and is based on the following:

1. Upon information and belief, the Plaintiff Chandra Evette Thornton, ("Plaintiff") is a resident and a citizen of the State of Texas.

2. Defendant Renaissance Hotel Operating Company is a stock corporation organized and existing under the laws of the State of Delaware and having its principal place of business in the State of Maryland. *See* 28 U.S.C. § 1332 (c). Defendant Renaissance Hotel Operating Company is *not* a citizen of the Commonwealth of Virginia or the State of Texas.

3. Defendant Renaissance Arlington Capital View Hotel, correctly identified as "Renaissance Arlington Capital View" which is the fictitious name for Renaissance Hotel Operating Company, is a stock corporation organized and existing under the laws of the State of Delaware and having its principal place of business in the State of Maryland. *See* 28 U.S.C. § 1332 (c). Defendant Renaissance Arlington Capital View Hotel, correctly identified as "Renaissance Arlington Capital View" is *not* a citizen of the Commonwealth of Virginia or of the State of Texas.

4. Defendant Marriott International, Inc., is a stock corporation organized and existing under the laws of the State of Delaware and having its principal place of business in the State of Maryland. *See* 28 U.S.C. § 1332 (c). Defendant Marriott International, Inc. is *not* a citizen of the Commonwealth of Virginia, or of the State of Texas.

5. Defendant Sodexo, Inc. is a stock corporation organized and existing under the laws of the State of Delaware and having its principal place of business in the State of Maryland. *See* 28 U.S.C. § 1332 (c). Defendant Sodexo, Inc. is *not* a citizen of the Commonwealth of Virginia or

the State of Texas.

6. Defendant Dormakaba USA, Inc. is a stock corporation organized and existing under the laws of the State of Delaware and having its principal place of business in the State of Indiana. *See* 28 U.S.C. § 1332 (c). Defendant Dormakaba USA, Inc. is *not* a citizen of the Commonwealth of Virginia or the State of Texas.

7. Upon information that Defendant Dormakaba USA, Inc. is *not* a citizen of the Commonwealth of Virginia and belief that Defendant Dormakaba USA, Inc. – Baltimore is a physical location for Dormakaba USA, Inc. and not a separate entity, with an address of 6770 Oak Hall Lane, #125, Columbia, Maryland 21045, Defendant Dormakaba USA, Inc. – Baltimore is *not* a citizen of the Commonwealth of Virginia or of the State of Maryland.

8. The Plaintiff filed her Complaint on July 13, 2025 in the Circuit Court for Arlington County, Virginia, styled <u>Chandra Evette Thornton v. Renaissance Hotel Operating Company, Renaissance Arlington Capital View Hotel, Marriott International, Inc. Sodexo, Inc. Dormakaba USA, Inc., and Dormakaba USA, Inc. - Baltimore</u>, Case Number CL25003459-00 (the "State Court Action"). In the State Court Action, the Plaintiff is seeking monetary damages in the sum of $1,000,000. A true copy of the Complaint filed in the State Court Action is attached as **Defendant's Exhibit 1** to this Notice Of Removal.

9. The Defendants entered an appearance in the State Court Action by filing the Answer included herein as **Defendant's Exhibit 2**, although the Circuit Court for Arlington County, Virginia has not entered any relief at this time.

10. The Defendants are filing this Notice Of Removal in the Court within thirty (30) days after service of the Summons and Complaint was made on the Defendants in accordance with 28 U.S.C. § 1446 (b).

11. This matter is removable to this Court pursuant to 28 U.S.C. § 1332, as there is complete diversity of citizenship between and among the parties, and there is a sufficient amount in controversy.

12. The Plaintiff is a citizen of the State of Texas.

13. Defendants Renaissance Hotel Operating Company, Renaissance Arlington Capital View Hotel, Marriott International, Inc. and Sodexo, Inc are citizens of the States of Delaware or Maryland.

14. Defendant Dormakaba USA, Inc. is a citizen of the State of Indiana.

15. Defendant Dormakaba USA, Inc. – Baltimore is located in the State of Maryland.

16. The Plaintiff is a citizen of the State of Texas, and the Defendants are not citizens of the State of Texas.

17. Further, as alleged in the Complaint, the amount in controversy in this matter is $1,000,000, which exceeds the $75,000 minimum threshold for removal under 28 U.S.C. § 1332(a).

18. The Plaintiff commenced this civil action in the Circuit Court for Arlington County, Virginia, that is within this district and division of the United States District Court for the Eastern District of Virginia, Alexandria Division. Accordingly, venue for this action lies with this Court because it is the federal district and division embracing the Circuit Court for Arlington County, Virginia, where the State Court Action is pending. *See* 28 U.S.C. § 1446 (a).

19. Additionally, the Defendants are filing a Notice Of Removal To Federal Court with the Circuit Court for Arlington County to inform the Circuit Court that this action is being removed to this Court. The Defendants will serve a copy of this Notice Of Removal and of the Notice Of Removal To Federal Court on counsel for the Plaintiff.

20. A complete copy of all documents believed to have been filed in the State Court Action are included as **Exhibit 1**, **and Exhibit 2**, filed herewith.

21. As of this filing, Defendants Dormakaba USA, Inc. and Dormakaba USA, Inc. – Baltimore have not filed any responsive pleading in the State Court Action.

WHEREFORE, the Defendants Renaissance Hotel Operating Company, Renaissance Arlington Capital View Hotel, Marriott International, Inc., and Sodexo, Inc hereby remove the State Court Action from the Circuit Court of Arlington County, Virginia to this Court.

    Respectfully submitted,

    RENAISSANCE HOTEL OPERATING COMPANY
    RENIASSANCE ARLINGTON CAPITAL VIEW HOTEL
    MARRIOTT INTERNATIONAL, INC
    SODEXO, INC.

    By Counsel

*Daniel L. Robey*
Daniel L. Robey, Esquire
Virginia State Bar Number: 15531
MIDKIFF, MUNCIE & ROSS, P.C.
10461 White Granite Drive, Suite 225
Oakton, Virginia 22124
Telephone: (571) 554-8120
Facsimile: (703) 938-5980
Email: drobey@midkifflaw.com
*Counsel for Renaissance Defendants, Marriott Inc., and Sodexo, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of August, 2025, a true copy of the foregoing was mailed, first class and postage prepaid, to the below named counsel of record or unrepresented party:

Chandra E. Thornton
13108 Ferry Cove Lane
Pearland, Texas 77584
*Pro se Plaintiff*

Dormakaba USA INC
C/O: Corporation Service Company
100 Shockoe Slip, Floor 2
Richmond, Virginia 23219
*Pro se Defendant*

*Dormakaba USA Incorporated – Baltimore*
C/O: Corporation Service Company
100 Shockoe Slip, Floor 2
Richmond, Virginia 23219
*Pro se Defendant*

    *Daniel L. Robey*_____
Daniel L. Robey, Esquire